IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

GARY DOTSON COX                                                                                  PLAINTIFF

      v.          Civil No.6:16-CV-06134-PKH-BAB

JAILER ADMINISTRATOR MORROW,                                                  DEFENDANTS
JAILER THORNTON, JAILER MCELROY,
and JAILER BRINCKLEY

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that this matter is DISMISSED WITHOUT PREJUDICE.

IT IS SO ADJUDGED this 10th day of April, 2017.

/s/ P. K. Holmes, III
HON. P. K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE